| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>TICE Jr., Douglas O. | 2. Court or Organization<br><br>USBC-EDVA | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>701 East Broad Street, Fifth Floor<br>Richmond, Virginia 23219-1888 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Assistant Secretary (elected 2006) | The Historical Society of the U.S. District Court for the Eastern District of VA., Inc. |
| 2. | Director (elected 2009) | Federal Bar Association (Richmond Chapter) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TICE Jr., Douglas O. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/10/11 | Matthew Bender & Co. Inc. - Author's Fees | $1,000.00 |
| 2. 1/18/11 | Richmond Discoveries - Author's Royalties | $567.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Richmond Bar Assoc | 01/20/11 | Richmond, VA | CLE Program | food |
| 2. | No. Va. Bankruptcy Bar Assoc | 02/16-17/11 | Arlington, VA | Bar Assoc Program Speaker | food & lodging - CLE speaker for subject matter |
| 3. | American Bankruptcy Institute | 03/06- 08/11 | New York, NY | Duberstein Moot Court | transportation, lodging, food |
| 4. | U.S.District Court Historical Society & Federal Bar Association ["not govt entities"] | 04/14/11 | Richmond, VA | Retirement Reception | food |
| 5. | Richmond Bar Assoc | 05/02/11 | Richmond, VA | Bar Assoc Law Day Program | food - hosted table at Law Day program |

| Name of Person Reporting | Date of Report |
|---|---|
| TICE Jr., Douglas O. | 05/15/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | Va Bankruptcy Bar Association | 05/06 - 08/11 | Duck, NC | CLE Program | transportation, lodging, food |
| 7. | No. Va. Bankruptcy Bar Assoc | 09/15/11 | Arlington, VA | Retirement Dinner | food |
| 8. | Richmond Bar Assoc Bankruptcy Section | 09/29/11 | Richmond, VA | CLE Program | food |
| 9. | Richmond Bar Assoc | 11/17/11 | Richmond, VA | CLE Program | food |

| Name of Person Reporting | Date of Report |
|---|---|
| TICE Jr., Douglas O. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TICE Jr., Douglas O. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account SunTrust Bank, Richmond, VA | A | Interest | J | T | | | | | |
| 2. MoneyMarketAccount SunTrust Bank, Richmond, VA | B | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. Ridgeworth Prime Quality Money Market Account | | None | J | T | | | | | |
| 6. TransAmerica Life Ins. Co. Annuity | | None | M | T | | | | | |
| 7. Manulife Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8. RBC Wealth Management Brokerage Money MktAcct | A | Int./Div. | J | T | | | | | |
| 9. Met Life Common Stock | A | Dividend | J | T | | | | | |
| 10. Alliant Tech Systems Common Stock | | None | J | T | | | | | |
| 11. IRA - Mass. Investors Trust | A | Dividend | J | T | | | | | |
| 12. IRA - Mass. Investors Trust | A | Dividend | J | T | | | | | |
| 13. TransAmerica Life Occidental whole life ins policy | A | Interest | K | T | | | | | |
| 14. John Hancock Life Ins (USA) whole life ins policy | A | Dividend | J | T | | | | | |
| 15. John Hancock Life Ins (USA) whole life ins policy | A | Dividend | J | T | | | | | |
| 16. John Hancock Life Ins (USA) whole life ins policy | A | Dividend | J | T | | | | | |
| 17. Northwestern Mutual whole life ins policy | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TICE Jr., Douglas O. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual whole life ins policy | A | Interest | J | T | | | | | |
| 19. Trust #1 [See Note, Part VIII] | E | Int./Div. | O | T | | | | | |
| 20. -Met Life CD | | | | | Matured | 12/01/11 | L | | |
| 21. -Met Life Annuity | | None | L | T | Buy | 12/01/11 | L | | |
| 22. -Money Market Account First Community Bank | | | | | | | | | |
| 23. -Discover Bank CD | | | | | | | | | |
| 24. -Discover Bank CD | | | | | | | | | |
| 25. -VA Commonwealth Bank CD | | | | | | | | | |
| 26. -Exxon Mobil Common Stock | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TICE Jr., Douglas O. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 19-26. Trust #1 not previously reported. It was created by ▮▮▮▮▮▮▮ and became irrevocable upon ▮▮ death ▮▮▮▮▮▮. ▮▮▮▮ is trustee and a beneficiary. I did not include in 2010 report because I have no interest in the trust, and I understood instructions not to require reporting of trust that was not created by ▮▮▮▮▮▮▮▮▮. Assets were essentially the same in 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas O. TICE Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544